```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT ALLEN BOHANNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-S-07-0201 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/ |
| v. | CHANGE OF PLEA |
| ROBERT ALLEN BOHANNA, | DATE: August 25, 2008 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for June 23, 2008 be rescheduled for a status conference/change of plea hearing on August 25, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate plea agreement, to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by

1

1  the Court excluding such time through August 25, 2008, so that
2  they may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

5  Dated: June 20, 2008                    Respectfully Submitted,

6                                          McGREGOR W. SCOTT
                                           United States Attorney
7

8                                           /s/   Dennis S. Waks for
                                           WILLIAM S. WONG
9                                          Assistant U.S. Attorney

10

11 Dated: June 20, 2008                    /s/ Dennis S. Waks
                                           DENNIS S. WAKS
12                                         Supervising Assistant
                                           Federal Defender
13                                         Attorney for Defendant
                                           ROBERT ALLEN BOHANNA
14

15
   **SO ORDERED.**
16
   Dated: June 20, 2008
17

18                                         _____
                                           FRANK C. DAMRELL, JR.
19                                         UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28