DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-0201 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE/CHANGE OF PLEA |
| v. ) | |
| ) | |
| ROBERT ALLEN BOHANNA, ) | DATE: October 14, 2008 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for August 25, 2008 be rescheduled for a status conference/change of plea hearing on October 14, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate plea agreement, to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by

1  the Court excluding such time through October 14, 2008, so that
2  they may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

5  Dated: August 20, 2008                    Respectfully Submitted,

6                                            McGREGOR W. SCOTT
                                              United States Attorney
7

8                                             /s/  Dennis S. Waks for
                                              WILLIAM S. WONG
9                                             Assistant U.S. Attorney

10

11 Dated: August 20, 2008                    /s/ Dennis S. Waks
                                              DENNIS S. WAKS
12                                            Supervising Assistant
                                              Federal Defender
13                                            Attorney for Defendant
                                              ROBERT ALLEN BOHANNA
14

15

16 **SO ORDERED.**

17 Dated: August 21, 2008

18                                            _____
                                              FRANK C. DAMRELL, JR.
19                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

2