DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-0201 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE/CHANGE OF PLEA |
| v. ) | |
| ) | |
| ROBERT ALLEN BOHANNA, ) | DATE: December 15, 2008 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for October 14, 2008 be rescheduled for a status conference/change of plea hearing on December 15, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

1  The parties submit that the ends of justice are served by
2 the Court excluding such time through December 15, 2008, so that
3 they may have reasonable time necessary for effective
4 preparation, taking into account the exercise of due diligence.
5 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

6 Dated: October 8, 2008           Respectfully Submitted,

7                                   McGREGOR W. SCOTT
                                    United States Attorney

9                                    /s/  Dennis S. Waks for
                                    WILLIAM S. WONG
10                                  Assistant U.S. Attorney

12 Dated: October 8, 2008           /s/ Dennis S. Waks
                                    DENNIS S. WAKS
13                                  Supervising Assistant
                                    Federal Defender
14                                  Attorney for Defendant
                                    ROBERT ALLEN BOHANNA

**SO ORDERED.**

Dated: October 8, 2008

---
FRANK C. DAMRELL, JR.
United States District Judge