DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S-07-0201 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA |
| v. | |
| ROBERT ALLEN BOHANNA, | DATE: February 17, 2009<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |
| Defendant. | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for December 15, 2008 be rescheduled for a status conference/change of plea hearing on February 17, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by

1  the Court excluding such time through February 17, 2009, so that
2  they may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: December 11, 2008              Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                                       /s/  Dennis S. Waks for
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney


Dated: December 11, 2008              /s/ Dennis S. Waks
                                      DENNIS S. WAKS
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      ROBERT ALLEN BOHANNA


**SO ORDERED.**

Dated: December 12, 2008

                                      _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE