DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-07-201 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE/CHANGE OF PLEA |
| v. ) | |
| ) | |
| ROBERT ALLEN BOHANNA, ) | DATE: February 23, 2009 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for February 17, 2008 be rescheduled for a status conference/change of plea hearing on February 23, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by

1  the Court excluding such time through February 23, 2009, so that
2  they may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

5  Dated: February 12, 2009                Respectfully Submitted,

6                                          McGREGOR W. SCOTT
                                           United States Attorney

8                                          /s/  Dennis S. Waks for
                                           WILLIAM S. WONG
9                                          Assistant U.S. Attorney

11 Dated: February 12, 2009                /s/ Dennis S. Waks
                                           DENNIS S. WAKS
12                                         Supervising Assistant
                                           Federal Defender
13                                         Attorney for Defendant
                                           ROBERT ALLEN BOHANNA

15 **SO ORDERED.**

17 Dated: February 12, 2009                _____
18                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

2