**FILED**
February 23, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>          Plaintiff,           )<br>v.                             )<br>                               )<br>Robert Allen Bohanna,          )<br>                               )<br>          Defendant.           )<br>_____ | Case No. 2:07-cr-201 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Robert Allen Bohanna   Case 2:07-cr-201 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $500,000, to be replaced by a secured bond within two weeks. The unsecured bond shall also be co-signed by all parties posting property for the secured bond.

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 2/23/09     at  4:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge