```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT ALLEN BOHANNA
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )    CR.S-07-201 FCD
                                )
12            Plaintiff,        )    STIPULATION AND ORDER
                                )    CONTINUING STATUS CONFERENCE /
13       v.                     )    CHANGE OF PLEA
                                )
14  ROBERT ALLEN BOHANNA,       )
                                )    DATE:  June 22, 2009
15            Defendants.       )    Time:  10:00 a.m.
    _____)    Judge: Frank C. Damrell, Jr.
16
```

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for May 4, 2009, be rescheduled for a status conference/change of plea hearing on June 22, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition. Counsel for the defendant anticipates being out of

the office during the last week of May, 2009.

The parties submit that the ends of justice are served by the Court excluding such time through June 22, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: April 30, 2009      Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant
Federal Defender
Attorney for Defendant
ROBERT ALLEN BOHANNA

LAWRENCE G. BROWN
Dated: April 30, 2009      Acting United States Attorney

/s/ Dennis S. Waks for
WILLIAM S. WONG
Assistant U.S. Attorney

The status conference/change of plea is continued to June 22, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 22, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). (Local T4).

IT IS SO ORDERED.

Dated: May 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE