DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-07-201 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE/CHANGE OF PLEA |
| | ) | |
| ROBERT ALLEN BOHANNA, | ) | |
| | ) | DATE:  August 10, 2009 |
| Defendants. | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for June 22, 2009, be rescheduled for a status conference/change of plea hearing on August 10, 2009, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by the Court excluding such time through August 10, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: June 16, 2009              Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  ROBERT ALLEN BOHANNA


                                  LAWRENCE G. BROWN
Dated:   June 16, 2009            Acting United States Attorney


                                   /s/  Dennis S. Waks for
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney


**ORDER**

The status conference/change of plea is continued to August 10, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through August 10, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). (Local T4).

   IT IS SO ORDERED.

Dated: June 17, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE