```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-07-201 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE/CHANGE OF PLEA |
| | ) | |
| ROBERT ALLEN BOHANNA, | ) | |
| | ) | DATE: September 28, 2009 |
| Defendants. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

  Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for August 10, 2009, be rescheduled for a status conference/change of plea hearing on September 28, 2009, at 10:00 a.m.

  This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

  The parties submit that the ends of justice are served by

the Court excluding such time through September 28, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: August 4, 2009         Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Dennis S. Waks
                              DENNIS S. WAKS
                              Supervising Assistant
                              Federal Defender
                              Attorney for Defendant
                              ROBERT ALLEN BOHANNA

                              LAWRENCE G. BROWN
Dated:  August 4, 2009        Acting United States Attorney

                               /s/  Dennis S. Waks for
                              WILLIAM S. WONG
                              Assistant U.S. Attorney

The status conference/change of plea is continued to September 28, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 28, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

    IT IS SO ORDERED.

Dated: August 5, 2009

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE