DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-07-201 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS |
| v. | ) | CONFERENCE/CHANGE OF PLEA |
| | ) | |
| ROBERT ALLEN BOHANNA, | ) | |
| | ) | DATE: November 9, 2009 |
| Defendants. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

    Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for September 28, 2009, be rescheduled for a status conference/change of plea hearing on November 9, 2009, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

    The parties submit that the ends of justice are served by

the Court excluding such time through November 9, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: September 22, 2009          Respectfully Submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Dennis S. Waks
                                   DENNIS S. WAKS
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   ROBERT ALLEN BOHANNA

                                   LAWRENCE G. BROWN
Dated:   September 22, 2009        United States Attorney


                                    /s/  Dennis S. Waks for
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney




     The status conference/change of plea is continued to November 9, 2009 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 28, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

     IT IS SO ORDERED.

Dated: September 22, 2009

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE