```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S-07-201 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA |
| v. ) | |
| ROBERT ALLEN BOHANNA, ) | DATE: January 5, 2010 |
| Defendants. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for November 9, 2009, be rescheduled for a status conference/change of plea hearing on January 5, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by

the Court excluding such time through January 5, 2010, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: November 5, 2009          Respectfully Submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Dennis S. Waks
                                 DENNIS S. WAKS
                                 Supervising Assistant
                                 Federal Defender
                                 Attorney for Defendant
                                 ROBERT ALLEN BOHANNA

                                 LAWRENCE G. BROWN
Dated:  November 5, 2009         United States Attorney


                                  /s/  Dennis S. Waks for
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney

**ORDER**

The status conference/change of plea is continued to January 5, 2010 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

IT IS SO ORDERED.

Dated: November 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE