DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR.S-07-201 FCD | |
| ) | | |
| Plaintiff, ) | STIPULATION AND ORDER | |
| ) | CONTINUING STATUS CONFERENCE / | |
| v. ) | CHANGE OF PLEA | |
| ) | | |
| ROBERT ALLEN BOHANNA, ) | | |
| ) | DATE: February 22, 2010 | |
| Defendant. ) | Time: 10:00 a.m. | |
| _____ ) | Judge: Frank C. Damrell, Jr. | |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for January 5, 2010, be rescheduled for a status conference/change of plea hearing on February 22, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by

1

the Court excluding such time through February 22, 2010, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: December 30, 2009          Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    DENNIS S. WAKS
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    ROBERT ALLEN BOHANNA

                                    BENJAMIN B. WAGNER
Dated:   December 30, 2009        United States Attorney

                                    /s/   Dennis S. Waks for
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

     The status conference/change of plea is continued to February 22, 2010 at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 22, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

     IT IS SO ORDERED.

Dated: January 4, 2010

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE