DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT ALLEN BOHANNA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR.S-07-201 FCD <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE / <br> CHANGE OF PLEA <br><br> DATE:  March 8, 2010 <br> Time:  10:00 a.m. <br> Judge: Frank C. Damrell, Jr. |

    Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for February 22, 2010, be rescheduled for a status conference/change of plea hearing on March 8, 2010, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

    The parties submit that the ends of justice are served by

1  the Court excluding such time through March 8, 2010, so that they
2  may have reasonable time necessary for effective preparation,
3  taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(7)(B)(iv) (Local T4).

5  Dated: February 19, 2010          Respectfully Submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7

8                                    /s/ Dennis S. Waks
                                     DENNIS S. WAKS
9                                    Supervising Assistant
                                     Federal Defender
10                                   Attorney for Defendant
                                     ROBERT ALLEN BOHANNA
11

12 Dated: February 19, 2010          BENJAMIN B. WAGNER
                                     United States Attorney
13

14                                   /s/ Dennis S. Waks for
                                     WILLIAM S. WONG
15                                   Assistant U.S. Attorney

16

17                              **O R D E R**

18     The status conference/change of plea is continued to
19 March 8, 2010 at 10:00 a.m. The court finds that a continuance is
20 necessary for the reasons stated above and further finds that the
21 ends of justice served by granting a continuance outweigh the
22 best interests of the public and the defendant in a speedy trial.
23 Time is therefore excluded from the date of this order through
24 March 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local
25 T4).
26 IT IS SO ORDERED.
27 Dated: February 19, 2010
28                                    _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE