1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT ALLEN BOHANNA

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) CR.S-07-201 FCD
                                )
12              Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                ) STATUS CONFERENCE/CHANGE OF PLEA
13      v.                       )
                                )
14 ROBERT ALLEN BOHANNA,        ) DATE:  May 3, 2010
                                ) Time:  10:00 a.m.
15              Defendant.       ) Judge: Frank C. Damrell, Jr.
   _____ )
16

17      Defendant ROBERT ALLEN BOHANNA, by and through his counsel,

18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

19 United States Government, by and through its counsel, WILLIAM S.

20 WONG, Assistant United States Attorney, hereby stipulate that the

21 status conference/change of plea hearing set for March 8, 2010, be

22 rescheduled for a status conference/change of plea hearing on May

23 3, 2010, at 10:00 a.m.

24      This continuance is being requested because defense counsel

25 requires additional time to negotiate a plea agreement, to

26 continue to review discovery, discuss the case with the

27 government, and pursue investigation.  Further, counsel for the

28 defendant will be on vacation for two weeks in April.

                                1

1   The parties submit that the ends of justice are served by the

2   Court excluding such time through May 3, 2010, so that they may

3   have reasonable time necessary for effective preparation, taking

4   into account the exercise of due diligence.   18 U.S.C. §

5   3161(h)(7)(B)(iv) (Local T4).

6   Dated: March 5, 2010                    Respectfully Submitted,

7                                           DANIEL J. BRODERICK
                                            Federal Defender
8

9                                           /s/ Dennis S. Waks
                                            DENNIS S. WAKS
10                                          Supervising Assistant
                                            Federal Defender
11                                          Attorney for Defendant
                                            ROBERT ALLEN BOHANNA
12

13  Dated: March 5, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
14

15                                          /s/ Dennis S. Waks for
                                            WILLIAM S. WONG
16                                          Assistant U.S. Attorney

17

18                          **O R D E R**

19      The status conference/change of plea is continued to

20  May 3, 2010, at 10:00 a.m. The court finds that a continuance is

21  necessary for the reasons stated above and further finds that the

22  ends of justice served by granting a continuance outweigh the best

23  interests of the public and the defendant in a speedy trial. Time

24  is therefore excluded from the date of this order through May 3,

25  2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

26      IT IS SO ORDERED.

27  Dated: March 5, 2010

28
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE