DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT ALLEN BOHANNA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR.S-07-201 FCD <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS <br> CONFERENCE/CHANGE OF PLEA <br><br> DATE: June 28, 2010 <br> Time: 10:00 a.m. <br> Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for May 3, 2010, be rescheduled for a status conference/change of plea hearing on June 28, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by

the Court excluding such time through June 28, 2010, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: April 29, 2010                    Respectfully Submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant
                                         Federal Defender
                                         Attorney for Defendant
                                         ROBERT ALLEN BOHANNA

Dated: April 29, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Dennis S. Waks for
                                         WILLIAM S. WONG
                                         Assistant U.S. Attorney

**O R D E R**

The status conference/change of plea is continued to June 28, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). (Local T4).

**IT IS SO ORDERED.**

Dated: April 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE