DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>ROBERT ALLEN BOHANNA,<br><br>            Defendant. | CR-S-07-201 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS<br>CONFERENCE/CHANGE OF PLEA<br><br>DATE: August 30, 2010<br>Time: 10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for June 28, 2010, be rescheduled for a status conference/change of plea hearing on August 30, 2010, at 10:00 a.m.

    This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

    The parties submit that the ends of justice are served by

1  the Court excluding such time through August 30, 2010, so that
2  they may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

5  Dated: June 25, 2010                    Respectfully Submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender

8                                          /s/ Dennis S. Waks
                                           DENNIS S. WAKS
9                                          Supervising Assistant
                                           Federal Defender
10                                         Attorney for Defendant
                                           ROBERT ALLEN BOHANNA

12  Dated: June 25, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney

14                                         /s/ Dennis S. Waks for
                                           WILLIAM S. WONG
15                                         Assistant U.S. Attorney

17                              **O R D E R**

18     The status conference/change of plea is continued to
19  August 30, 2010, at 10:00 a.m. The court finds that a continuance
20  is necessary for the reasons stated above and further finds that
21  the ends of justice served by granting a continuance outweigh the
22  best interests of the public and the defendant in a speedy trial.
23  Time is therefore excluded from the date of this order through
24  August 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).
25  (Local T4).
26  IT IS SO ORDERED.
27  Dated: June 25, 2010

                                           _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

Stipulation/Order                 2