```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ROBERT ALLEN BOHANNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-07-201 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/CHANGE OF PLEA |
| v. | ) | |
| ROBERT ALLEN BOHANNA, | ) | DATE: October 18, 2010 |
| Defendant. | ) | Time: 10:00 a.m. Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for August 30, 2010, be rescheduled for a status conference/change of plea hearing on October 18, 2010, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation.

The parties submit that the ends of justice are served by

the Court excluding such time through October 18, 2010, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: August 24, 2010               Respectfully Submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Dennis S. Waks
                                     DENNIS S. WAKS
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     ROBERT ALLEN BOHANNA

Dated: August 24, 2010               BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Dennis S. Waks for
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney

**O R D E R**

The status conference/change of plea is continued to October 18, 2010, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 18, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). (Local T4).

IT IS SO ORDERED.

Dated: August 25, 2010

                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

Stipulation/Order                    2