DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-201 FCD |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE/ |
| v. ) | CHANGE OF PLEA |
| ROBERT ALLEN BOHANNA, ) | DATE: December 13, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

  Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for October 18, 2010, be rescheduled for a status conference/change of plea hearing on December 13, 2010, at 10:00 a.m.

  This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation. Furthermore, Mr. Wong is presently in a jury trial that he anticipates will last until

Thanksgiving.

    The parties submit that the ends of justice are served by the Court excluding such time through December 13, 2010, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: October 13, 2010          Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                        /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        ROBERT ALLEN BOHANNA

Dated: October 13, 2010          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Dennis S. Waks for
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

**O R D E R**

    The status conference/change of plea is continued to December 13, 2010, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this

/ / /

/ / /

/ / /

1  order through December 13, 2010, pursuant to 18 U.S.C.
2  §3161(h)(7)(B)(iv). (Local T4).
3  IT IS SO ORDERED.
4  Dated: October 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order                    3