1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERT ALLEN BOHANNA

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,      )   CR. S-07-201 FCD
11                                 )
                    Plaintiff,     )   STIPULATION AND ORDER
12                                 )   CONTINUING STATUS CONFERENCE/
        v.                         )   CHANGE OF PLEA
13                                 )
   ROBERT ALLEN BOHANNA,          )
14                                 )   DATE:  January 18, 2011
                    Defendant.     )   Time:  10:00 a.m.
15  _____  )   Judge: Frank C. Damrell

16

17        Defendant ROBERT ALLEN BOHANNA, by and through his counsel,

18  DENNIS S. WAKS, Supervising Assistant Federal Defender, and the

19  United States Government, by and through its counsel, WILLIAM S.

20  WONG, Assistant United States Attorney, hereby stipulate that the

21  status conference/change of plea hearing set for December 13,

22  2010, be rescheduled for a status conference/change of plea

23  hearing on January 18, 2011, at 10:00 a.m.

24        This continuance is being requested because defense counsel

25  requires additional time to negotiate a plea agreement, to

26  continue to review discovery, discuss the case with the

27  government, and pursue investigation.

28        The parties submit that the ends of justice are served by

                                  1

1  the Court excluding such time through January 18, 2011, so that

2  they may have reasonable time necessary for effective

3  preparation, taking into account the exercise of due diligence.

4  18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

5  Dated: December 7, 2010            Respectfully Submitted,

6                                     DANIEL J. BRODERICK
                                      Federal Defender

7

8                                     /s/ Dennis S. Waks
                                      DENNIS S. WAKS
9                                     Supervising Assistant
                                      Federal Defender
10                                    Attorney for Defendant
                                      ROBERT ALLEN BOHANNA
11

12  Dated: December 7, 2010            BENJAMIN B. WAGNER
                                       United States Attorney
13

14                                    /s/ Dennis S. Waks for
                                      WILLIAM S. WONG
15                                    Assistant U.S. Attorney

16

17                           **O R D E R**

18       The status conference/change of plea is continued to

19  January 18, 2011, at 10:00 a.m. The Court finds that a

20  continuance is necessary for the reasons stated above and further

21  finds that the ends of justice served by granting a continuance

22  outweigh the best interests of the public and the defendant in a

23  speedy trial. Time is therefore excluded from the date of this

24  order through January 18, 2011, pursuant to 18 U.S.C.

25  §3161(h)(7)(B)(iv). (Local T4).

26  IT IS SO ORDERED.

27  Dated: December 8, 2010

28                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

Stipulation/Order              2