DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-07-201 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE /CHANGE OF PLEA |
| v. | ) | |
| ROBERT ALLEN BOHANNA, | ) | DATE: April 4, 2011 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for March 7, 2011, be rescheduled for a status conference/change of plea hearing on April 4, 2011, at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to negotiate a plea agreement, to continue to review discovery, discuss the case with the government, and pursue investigation. The parties are making every attempt to reach a negotiated disposition in this case.

1

The parties submit that the ends of justice are served by the Court excluding such time through April 4, 2011, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: March 4, 2011                    Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Dennis S. Waks
                                        DENNIS S. WAKS
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        ROBERT ALLEN BOHANNA


Dated: March 4, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Dennis S. Waks for
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


**O R D E R**

The status conference/change of plea is continued to April 4, 2011, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 7, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). (Local T4

**IT IS SO ORDERED.**

Dated: March 4, 2011                    _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE