DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT ALLEN BOHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-07-201 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE/ |
| v. ) | CHANGE OF PLEA |
| ) | |
| ROBERT ALLEN BOHANNA, ) | |
| ) | DATE: April 11, 2011 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Frank C. Damrell, Jr. |

Defendant ROBERT ALLEN BOHANNA, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, WILLIAM S. WONG, Assistant United States Attorney, hereby stipulate that the status conference/change of plea hearing set for April 4, 2011, be rescheduled for a status conference/change of plea hearing on April 11, 2011, at 10:00 a.m.

The parties have reached a negotiated disposition in this case and the government needs additional time to finalize the plea agreement.

The parties submit that the ends of justice are served by the Court excluding such time through April 11, 2011, so that

they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: March 31, 2011                Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant
Federal Defender
Attorney for Defendant
ROBERT ALLEN BOHANNA

Dated: March 31, 2011                BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
WILLIAM S. WONG
Assistant U.S. Attorney

## **O R D E R**

The status conference/change of plea is continued to April 11, 2011, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through April 11, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv). (Local T4).

**IT IS SO ORDERED.**

Dated: April 1, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE